IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LSP TECHNOLOGIES, INC.,

    Plaintiff,

v.

                             Case No. C2-10-526
                             Judge Sargus
                             Magistrate Judge Deavers

METAL IMPROVEMENT COMPANY, LLC,

    Defendant.

**ORDER**

Defendant's unopposed Motion for Stay of Litigation Pending Reexamination (Doc. 24) is **GRANTED**. This action is stayed pending the resolution of the patent reexamination proceedings currently before the United States Patent & Trademark Office, and all dates currently set in the action are vacated.

**IT IS SO ORDERED.**

9-15-2010
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE