IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LSP TECHNOLOGIES, INC.,

    Plaintiff,

v.

    Case No. C2-10-526
    Judge Sargus
    Magistrate Judge Deavers

METAL IMPROVEMENT COMPANY, LLC,

    Defendant.

## ORDER

The Clerk is directed to administratively close this case. By motion, any interested party may seek to reactivate the case upon resolution of the patent reexamination proceedings before the United States Patent and Trademark Office.

**IT IS SO ORDERED.**

5-9-2011
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE